UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re BRIAN KAKOWSKI, BF3315,<br><br>Plaintiff. | Case No. 24-cv-04469-CRB  (PR)<br><br>**ORDER DIRECTING CLERK TO CLOSE/TERMINATE ACTION** |

  On July 24, 2024, the clerk filed as a new action a letter and voluminous exhibits from plaintiff, a state prisoner at the Richard J. Donovan Correctional Facility (RJD) in San Diego, complaining about various aspects of the conditions of confinement at RJD.  The court notified plaintiff in writing at that time that the action was deficient because plaintiff did not file an actual complaint or pay the requisite $405.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis (IFP) application.  See 28 U.S.C. § 1915(a)(2).  The court sent plaintiff blank prisoner complaint and IFP forms and advised him that failure to file the requested items within 28 days would result in dismissal of the action.

  On August 5, 2024, plaintiff filed a letter stating that he did not intend to file a new case and simply wanted the court to know what is going on at RJD.  "No civil case should be filed plz [sic] dismiss anything with 24-cv-4469[]."  ECF No. 6 at 1.

  Good cause appearing therefor, the clerk is directed to close/terminate this action as improvidently opened/filed.  No filing fee for this improvidently opened/filed action is due.

  **IT IS SO ORDERED**.

Dated: August 13, 2024

_____
CHARLES R. BREYER
United States District Judge